UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ANTHONY WHITFIELD and ROCHELLE
RIBEIRO WHITE, individually and on behalf
of himself and all others similarly situated,

     Plaintiffs,

     v.

MEDGUARD ALERT, INC.,

     Defendant.

CASE NO.:  3:26CV00 324(KAD)

MAY 6, 2026

## **APPEARANCE**

Please enter the appearance of Keith R. Rudzik, of the law firm of Howard, Kohn,

Sprague & FitzGerald, as attorney for defendant, MEDGUARD ALERT, INC., in the

above captioned matter.

Dated at Hartford, Connecticut, this 6th day of May, 2026.

**THE DEFENDANT,**

BY__ /s/ Keith R. Rudzik__
Keith R. Rudzik, Esq.
Fed. Bar. #: ct24007
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 261798
Hartford, Connecticut  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail:krr@hksflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, a copy of the foregoing was filed electronically [and served by mail or anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

BY   /s/ Keith R. Rudzik
Keith R. Rudzik, Esq.
Fed. Bar. #: ct24007
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 261798
Hartford, Connecticut  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail: krr@hksflaw.com