UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY WHITFIELD and ROCHELLE RIBEIRO WHITE, individually and on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MEDGUARD ALERT, INC.,<br><br>    Defendant. | CASE NO.:  3:26CV00 324(KAD)<br><br><br><br>MAY 6, 2026 |

## <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, MedGuard Alert, Inc. (a private non-governmental party), through its undersigned counsel, certifies that as of this date, there is no parent corporation nor any publicly held corporation owning 10% or more of its stock.

Dated at Hartford, Connecticut, this 6th day of May, 2026.

**THE DEFENDANT,**

BY__ /s/ Keith R. Rudzik__
Keith R. Rudzik, Esq.
Fed. Bar. #: ct24007
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 261798
Hartford, Connecticut  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail:krr@hksflaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2026, a copy of the foregoing was filed electronically [and served by mail or anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

BY__ /s/ Keith R. Rudzik__
Keith R. Rudzik, Esq.
Fed. Bar. #: ct24007
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 261798
Hartford, Connecticut  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail: krr@hksflaw.com