AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| ANTHONY WHITFIELD and ROCHELLE RIBEIRO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00324-KAD |
| MEDGUARD ALERT, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant - MEDGUARD ALERT, INC.                                                                              .

Date:      05/07/2026

*Attorney's signature*

Joseph Lipari
*Printed name and bar number*

85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601

*Address*

liparij@thesultzerlawgroup.com
*E-mail address*

(845) 483-7100
*Telephone number*

(888) 749-7747
*FAX number*