

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Joseph Lipari, Esq.*

**DATE OF ADMISSION**

*January 25, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 9, 2026**

*Nicole Traini*

Nicole Traini
Chief Clerk