**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ANTHONY WHITFIELD and ROCHELLE RIBEIRO WHITE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>**MEDGUARD ALERT, INC.,**<br><br>*Defendant.* | Case No. 3:26-cv-00324-KAD<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Anthony Whitfield and Rochelle White, by their undersigned counsel, hereby voluntarily dismiss this action, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE, to convert to a dismissal with prejudice upon the parties' completion of a settlement agreement.

RESPECTFULLY SUBMITTED AND DATED this August 26, 2026.

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong,
D. Ct. # CT31815
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: August 26, 2026

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong,
D. Ct. # CT31815
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class